## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT WICHITA, KANSAS

| | |
|---|---|
| ANTONIO VARGAS BAUTISTA,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.                                                           ) | Case No.: 6:24-CV-01035-JWB-TJJ |
| ) | |
| MASTEC, INC., a foreign Florida       ) | |
| Corporation; WANZEK CONSTRUCTION, ) | |
| INC., a foreign North Dakota       ) | |
| Corporation; and JEFFERY GLENN,       ) | |
| an Individual,       ) | |
| ) | |
| Defendants.       | |

## CERTIFICATE OF COMPLIANCE

COMES NOW the Plaintiff by and through her counsel of record, Tony L. Atterbury of Bull Attorneys, P.A. and notifies the Court that on this 11th day of July, 2024, Plaintiff has served upon Defendant's counsel of record by email, postage prepaid his Good Faith Settlement Proposal pursuant to the Scheduling Order.

Respectfully submitted,

*/s/ Tony L. Atterbury*
Tony L. Atterbury, #20314
**BULL ATTORNEYS, P.A.**
10111 E. 21st Street, Suite 204
Wichita, Kansas 67206
316-684-4400 / 316-684-4405
tony@bullattorneys.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed with the Clerk of the Court using the CM/ECF system, thereby giving notice to all counsel of record on this 11th day of July, 2024.

*/s/ Tony L. Atterbury*
Tony L. Atterbury, #20314